G. Geoffrey Robb (131515)
Michael J. Cummins (184181)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
mcummins@gibsonrobb.com

Attorneys for Plaintiff
SMITHS HEIMANN S.A.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMITHS HEIMANN S.A.S., a corporation, <br><br> Plaintiff, <br><br> v. <br><br> CARGOLUX AIRLINES INTERNATIONAL, S.A. a foreign corporation; NNR GLOBAL LOGISTICS USA, INC., a corporation, <br><br> Defendant. | Case No. C 07-00865 MHP <br><br> NOTICE OF DISMISSAL OF ACTION |

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff SMITHS HEIMANN S.A.S. hereby dismisses its action (complaint) against defendants.

Dated: April 20, 2007

GIBSON ROBB & LINDH LLP

By: _____
Michael Cummins
Attorneys for Plaintiff
SMITHS HEIMANN S.A.S.

April 24, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel

NOTICE OF DISMISSAL
Case No. C 07-00865 MHP   Our File No. 5718.06